UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MARQUIS RAQUEL PARRISH, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV423-261 |
| ASHLEY WOOD, *et al.*, | ) ) ) | |
| Defendants. | ) | |

# ORDER

The Court previously directed Defendant the Mayor and Aldermen of the City of Savannah (the "City of Savannah") to show cause, no later than November 30, 2023, as to why its Motion to Dismiss, doc. 14, should not be dismissed as moot in light of Plaintiffs' Amended Complaint, doc. 17.  Doc. 20 at 3 (citing *Auto-Owners Ins. Co. v. Tabby Place Homeowner's Ass'n., Inc.*, 637 F. Supp. 3d 1342, 1348 n.4 (S.D. Ga. 2022)).  The City of Savannah has not responded to that direction,[1] *see generally* docket, and

---

[1] It was the Court's intention that Defendant respond to its Order.  However, upon review, the Court presumes the Defendant may have interpreted the Order to require a response only if Defendant had reason to argue that its prior Motion to Dismiss should not be dismissed.  *See* doc. 20 at 3.  In future, Defendant should respond to any of this Court's orders that direct a response, so the Court is not left to infer its position on any issue.

has filed a Motion to Dismiss Plaintiffs' Amended Complaint, doc. 22. Given Defendant's non-response to the Court's direction and its apparent intention to proceed on the merits of Plaintiffs' Amended Complaint, its prior Motion to Dismiss is **TERMINATED**, as moot.  Doc. 14.

**SO ORDERED**, this 4th day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA