UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARQUIS RAQUEL PARRISH, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CV423-261 |
| ASHLEY WOOD, *et al.*, ) ) | |
| Defendants. ) | |

## ORDER

The Court previously directed Defendant the Mayor and Aldermen of the City of Savannah (the "City") to show cause as to why its Motion to Dismiss Plaintiffs' First Amended Complaint, doc. 22, should not be dismissed as moot in light of Plaintiffs' Second Amended Complaint. Doc. 34 at 6. The City has responded and "does not dispute that its pending Motion to Dismiss First Amended Complaint . . . is now moot in light of Plaintiffs' recently filed Second Amended Complaint." Doc. 38.

Therefore, the City's Motion to Dismiss Plaintiffs' Amended Complaint is **TERMINATED**, as moot.  Doc. 22.

**SO ORDERED**, this 20th day of February, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA