IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARQUIS RAQUEL PARRISH and TYESHA LOVE, <br><br> Plaintiffs, <br><br> v. <br><br> ASHLEY WOOD, in her individual capacity and in her official capacity as an employee of the Savannah Police Department and THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, <br><br> Defendants. | Civil Action No.: 4:23-cv-00261-JRH-CLR |

**JOINT STATUS REPORT**

Pursuant to the Court's Order entered October 4, 2024 (Doc. 53), the Parties make the following report to the Court.

**I.    DISCOVERY**

A.  Is all discovery completed in this case?

☒Yes    ☐No

- If "No", please list what discovery is remaining:
  _____
  _____

Are there any discovery issues which have been or will be brought before the Court for resolution.

☐Yes    ☒No

- If "Yes", please briefly explain:
  _____
  _____

1

**II.   SETTLEMENT**

    A.   Have the parties made efforts to resolve this case?

        ☒Yes     ☐No

- If "Yes", please explain those efforts:

    <u>Plaintiffs made a demand to settle the matter in their ante-litem notice to Defendant the City dated July 12, 2023. Defendant the City did not respond to Plaintiffs' demand. Plaintiffs have not made a demand on Defendant Wood.</u>

    B.   Are the parties prepared to discuss settlement of this case with the Court at this time?

        ☐Yes     ☒No

- If "No", please explain:

    <u>Plaintiffs are prepared to discuss settlement of this case; however, Defendant the City is not in a position to discuss settlement until after a ruling on its soon-to-be-filed MSJ. Defendant Wood will consider any offers.</u>

    C.   Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

        ☐Yes     ☒No

- If "Yes", please list those parties:
  _____
  _____

    D.   The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present.*)

- <u>The Parties are available for a status conference on January 3, 2025.</u>

**III.   MOTIONS**

    A.   The Plaintiff(s) anticipate filing the following Motions:

    ☐None
    ☐Motion for Summary Judgment
    ☐Motion to Exclude Expert Testimony
    ☒Other Motion(s) (Except for Motions in Limine), please explain:

<u>Plaintiffs may file a motion requesting leave of Court to amend their Complaint to</u>

<u>reflect any dismissed defendant and the remaining allegations to narrow and simplify the issues before a potential jury.</u>

B. The Defendant(s) anticipate filing the following Motions:

☐ None
☒ Motion for Summary Judgment
☐ Motion to Exclude Expert Testimony
☐ Other Motion(s) (Except for Motions in Limine), please explain:

- <u>Defendants the City and Wood anticipate filing their respective Motions for Summary Judgment.</u>

**IV.   ADDITIONAL MATTERS**

Respectfully submitted this 13th of December, 2024.

| **MANLY SHIPLEY, LLP** | **HUNTER, MACLEAN, EXLEY & DUNN, P.C.** |
|---|---|
| */s/ James E. Shipley, Jr.* | */s/ Taylor L. Dove* |
| JAMES E. SHIPLEY, JR. | BRADLEY M. HARMON |
| Georgia Bar No. 116508 | Georgia Bar No. 327097 |
| JOHN B. MANLY | TAYLOR L. DOVE |
| Georgia Bar No. 194011 | Georgia Bar No. 993210 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Post Office Box 10840 | 200 East Saint Julian Street |
| Savannah, Georgia 31412 | Post Office Box 9848 |
| T: (912) 495-5360 | Savannah, Georgia 31412-0048 |
| F: (844) 362-4952 | T: (912) 236-0261 |
| jim@manlyshipley.com | F: (912) 236-4936 |
| john@manlyshipley.com | bharmon@huntermaclean.com |
|  | tdove@huntermaclean.com |

**OFFICE OF THE CITY ATTORNEY**        **CHARLES E. COX, JR., LLC**

*/s/ R. Bates Lovett*       */s/ Charles E. Cox, Jr.*
R. BATES LOVETT       CHARLES E. COX, JR.
Georgia Bar No. 459568       Georgia Bar No. 192305
JENNIFER N. HERMAN       *Attorney for Defendant Ashley Wood*
Georgia Bar No. 327017       Post Office Box 67
*Attorneys for Defendants*       Macon, Georgia 31202-0067
Post Office Box 1027       T: (478) 757-2990
Savannah, Georgia 31402       F: (478) 757-2991
T: (912) 525-3092       charles@cecoxjr.com
F: (912) 525-3267
blovett@savannahga.gov
jherman@savannahga.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day a copy of the foregoing Joint Status Report has been served upon all parties via the Court's CM/ECF system.

      This 13th day of December, 2024.

                                      **MANLY SHIPLEY, LLP**

                                      */s/ James E. Shipley, Jr.*
                                      JAMES E. SHIPLEY, JR.
                                      Georgia Bar No. 116508
                                      *Attorney for Plaintiffs*

Post Office Box 10840
Savannah, Georgia 31412
T: (912) 495-5360
F: (844) 362-4952
jim@manlyshipley.com