# EXHIBIT 5

**Alan Sammons**

| | |
|---|---|
| **From:** | Ashley Wood <AWood@Savannahga.Gov> |
| **Sent:** | Wednesday, March 22, 2023 1:52 PM |
| **To:** | Alan Sammons |
| **Subject:** | RE: [Caution - External Email] DA Jones expectations as sent to me |

---

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Copy, thank you

*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Wednesday, March 22, 2023 1:15 PM
**To:** Ashley Wood <AWood@Savannahga.Gov>
**Subject:** [Caution - External Email] DA Jones expectations as sent to me

- Her <u>full and complete</u> investigative file.
- All photographic, video evidence and body cam that has not already been produced
- All scientific reports and testing results that either were, or needed to be submitted to the GBI
- If it has not been submitted to the lab yet, I want an explanation from PD before notifying the defense
- A certified copy of the warrant returns
- A copy of all evidence obtained as a result of said search warrants
- Whatever information you think is important and necessary

Get Outlook for iOS

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

**Warning**: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

SAV000001

**Alan Sammons**

| | |
|---|---|
| **From:** | Ashley Wood <AWood@Savannahga.Gov> |
| **Sent:** | Monday, March 27, 2023 5:16 PM |
| **To:** | Alan Sammons; Rachelle Wallace |
| **Subject:** | Re: [Caution - External Email] What I still see as missing from Search Warrants |

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The liyah pdf should be on Wallace's hard drive. I will get the other stuff tomorrow and taken care of.

Detective Corporal Ashley Wood
Savannah Police Department
ATF/TFO Savannah Field Office
912-658-4803 (cell)
912-651-6990 ext 1254 (office)

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, March 27, 2023 4:14 PM
**To:** Rachelle Wallace <rlwallace@chathamcounty.org>; Ashley Wood <AWood@Savannahga.Gov>
**Subject:** [Caution - External Email] What I still see as missing from Search Warrants

- Verizon phone records for 912-663-2545
- Instagram likethat0295
- Cash App $naean1112
- Face Book Charles Vinson.1029 (no certification)
- Black Iphone (extraction)
- Instagram Liyah.Liyah22 (missing the PDF "content")

**Investigator Alan Sammons**
**Major Case Supervisor**
**Eastern Judicial Circuit of Georgia**
**Chatham County District Attorney's Office**
**Office: 912-652-8062**
**Cell: 912-346-4618**
**Email:asammons@chathamcounty.org**

**Legal Notice:** The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient(s). The message may contain privileged communications and/or confidential information and as such is privileged and confidential in its entirety. If the reader of this message is not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

Warning: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

SAV000002

## Alan Sammons

| | |
|---|---|
| **From:** | Ashley Wood <AWood@Savannahga.Gov> |
| **Sent:** | Tuesday, March 28, 2023 11:06 AM |
| **To:** | Brian DeBlasiis; Alan Sammons; Rachelle Wallace |
| **Subject:** | FW: [Caution - External Email] Request Received |

> **CAUTION:** This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

See below for AT&T business record.

*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

**From:** AT&T Global Legal Demand Center <compcent@att.com>
**Sent:** Tuesday, March 28, 2023 11:04 AM
**To:** Ashley Wood <AWood@Savannahga.Gov>
**Subject:** [Caution - External Email] Request Received

Thank you for contacting the Global Legal Demand Center (GLDC) for AT&T. Your email has been received.

Please do not reply to this email.

> **Warning:** This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

1

**Alan Sammons**

| | |
|---|---|
| **From:** | Ashley Wood <AWood@Savannahga.Gov> |
| **Sent:** | Tuesday, March 28, 2023 11:23 AM |
| **To:** | Alan Sammons; Brian DeBlasiis; Rachelle Wallace |
| **Subject:** | FW: [Caution - External Email] Etrace |
| **Attachments:** | trace_detail.do STOLEN.pdf; trace_detail.do.pdf |

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Etrace for Glock.

*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

---

**From:** Runge, Kennedy N. (ATF) <Kennedy.Runge@atf.gov>
**Sent:** Tuesday, March 28, 2023 11:20 AM
**To:** Ashley Wood <AWood@Savannahga.Gov>
**Subject:** [Caution - External Email] Etrace

**Kennedy N. Runge**
*Special Agent*
Bureau of Alcohol, Tobacco, Firearms and Explosives
Savannah Group I
Cell: 912-480-3747

**Warning**: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

SAV000004

**Alan Sammons**

| | |
|---|---|
| **From:** | Ashley Wood <AWood@Savannahga.Gov> |
| **Sent:** | Tuesday, March 28, 2023 11:36 AM |
| **To:** | Alan Sammons |
| **Subject:** | RE: [Caution - External Email] What I still see as missing from Search Warrants |

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

So this is what happened to Instagram likethat0295. They kept saying they never got the search warrant and or that it was severed after the 10 mark. Abbott signed them via gloud gavel and was having issues because the search warrant was so long.

I determined that he did not use that account and that it was an older one so never got those records.

The received the records on the 10th day but still would not give me the records. Again, was not an active account he was using. So I was not concerned about it.



*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, March 27, 2023 5:22 PM
**To:** Ashley Wood <AWood@Savannahga.Gov>; Rachelle Wallace <rlwallace@chathamcounty.org>
**Subject:** Re: [Caution - External Email] What I still see as missing from Search Warrants

I looked at it. Missing a PDF for the data. Has a PDF that is the business cert and a folder of some pictures.

Get Outlook for iOS

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Monday, March 27, 2023 5:15:45 PM
**To:** Alan Sammons <asammons@chathamcounty.org>; Rachelle Wallace <rlwallace@chathamcounty.org>
**Subject:** Re: [Caution - External Email] What I still see as missing from Search Warrants

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The liyah pdf should be on Wallace's hard drive. I will get the other stuff tomorrow and taken care of.

Detective Corporal Ashley Wood
Savannah Police Department

SAV000005

ATF/TFO Savannah Field Office
912-658-4803 (cell)
912-651-6990 ext 1254 (office)

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, March 27, 2023 4:14 PM
**To:** Rachelle Wallace <rlwallace@chathamcounty.org>; Ashley Wood <AWood@Savannahga.Gov>
**Subject:** [Caution - External Email] What I still see as missing from Search Warrants

- Verizon phone records for 912-663-2545
- Instagram likethat0295
- Cash App $naean1112
- Face Book Charles Vinson.1029 (no certification)
- Black Iphone (extraction)
- Instagram Liyah.Liyah22 (missing the PDF "content")

**Investigator Alan Sammons**
**Major Case Supervisor**
**Eastern Judicial Circuit of Georgia**
**Chatham County District Attorney's Office**
**Office: 912-652-8062**
**Cell: 912-346-4618**
**Email:asammons@chathamcounty.org**

**Legal Notice:** The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient(s). The message may contain privileged communications and/or confidential information and as such is privileged and confidential in its entirety. If the reader of this message is not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

**Warning**: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

SAV000006

## Alan Sammons

| | |
|---|---|
| **From:** | Ashley Wood <AWood@Savannahga.Gov> |
| **Sent:** | Tuesday, March 28, 2023 11:41 AM |
| **To:** | Alan Sammons |
| **Cc:** | Brian DeBlasiis; Rachelle Wallace |
| **Subject:** | RE: [Caution - External Email] What I still see as missing from Search Warrants |

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The following have been taken care of

Instagram likethat0295

Cash App $naean1112 Email was sent to cash-app

Face Book Charles Vinson.1029 (no certification) Wallace should have this on her hard drive I re-downloaded it from Facebook yesterday.

Black Iphone (extraction) working on this one, this should be in evidence.com. I will check with forensics and see what is going on with that.

Instagram Liyah.Liyah22 (missing the PDF "content") I have re-downloaded this IG account and it is on my hard drive I will make sure Wallace gets it tomorrow when I see the judge.

*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, March 27, 2023 5:22 PM
**To:** Ashley Wood <AWood@Savannahga.Gov>; Rachelle Wallace <rlwallace@chathamcounty.org>
**Subject:** Re: [Caution - External Email] What I still see as missing from Search Warrants

I looked at it. Missing a PDF for the data. Has a PDF that is the business cert and a folder of some pictures.

Get Outlook for iOS

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Monday, March 27, 2023 5:15:45 PM
**To:** Alan Sammons <asammons@chathamcounty.org>; Rachelle Wallace <rlwallace@chathamcounty.org>
**Subject:** Re: [Caution - External Email] What I still see as missing from Search Warrants

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

SAV000007

The liyah pdf should be on Wallace's hard drive. I will get the other stuff tomorrow and taken care of.

Detective Corporal Ashley Wood
Savannah Police Department
ATF/TFO Savannah Field Office
912-658-4803 (cell)
912-651-6990 ext 1254 (office)

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, March 27, 2023 4:14 PM
**To:** Rachelle Wallace <rlwallace@chathamcounty.org>; Ashley Wood <AWood@Savannahga.Gov>
**Subject:** [Caution - External Email] What I still see as missing from Search Warrants

- Verizon phone records for 912-663-2545
- Instagram likethat0295
- Cash App $naean1112
- Face Book Charles Vinson.1029 (no certification)
- Black Iphone (extraction)
- Instagram Liyah.Liyah22 (missing the PDF "content")

**Investigator Alan Sammons**
**Major Case Supervisor**
**Eastern Judicial Circuit of Georgia**
**Chatham County District Attorney's Office**
**Office: 912-652-8062**
**Cell: 912-346-4618**
**Email:asammons@chathamcounty.org**

**Legal Notice:** The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient(s). The message may contain privileged communications and/or confidential information and as such is privileged and confidential in its entirety. If the reader of this message is not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

Warning: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

SAV000008

## Alan Sammons

| | |
|---|---|
| **From:** | Ashley Wood <AWood@Savannahga.Gov> |
| **Sent:** | Tuesday, March 28, 2023 11:48 AM |
| **To:** | Alan Sammons |
| **Subject:** | RE: [Caution - External Email] Etrace |

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Correct his brother Charles Grant who was born in 05/28/1993. I have his number I can call him.

*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Tuesday, March 28, 2023 11:29 AM
**To:** Ashley Wood <AWood@Savannahga.Gov>; B Deblasiis <bdeblasiis@chathamcounty.org>; Rachelle Wallace <rlwallace@chathamcounty.org>
**Subject:** RE: [Caution - External Email] Etrace

You said Charles Grant purchased the gun. Even more imperative that we have where and how he came up with information related to the gun.

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Tuesday, March 28, 2023 11:23 AM
**To:** Alan Sammons <asammons@chathamcounty.org>; Brian DeBlasiis <bdeblasiis@chathamcounty.org>; Rachelle Wallace <rlwallace@chathamcounty.org>
**Subject:** FW: [Caution - External Email] Etrace

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Etrace for Glock.

*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

**From:** Runge, Kennedy N. (ATF) <Kennedy.Runge@atf.gov>
**Sent:** Tuesday, March 28, 2023 11:20 AM

SAV000009

**To:** Ashley Wood <AWood@Savannahga.Gov>
**Subject:** [Caution - External Email] Etrace

**Kennedy N. Runge**
*Special Agent*
Bureau of Alcohol, Tobacco, Firearms and Explosives
Savannah Group I
Cell: 912-480-3747

**Warning**: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

SAV000010

| | |
|---|---|
| **From:** | Alan Sammons |
| **To:** | Angela Harris; Ashley Wood; xSCMPD_Property_Room |
| **Cc:** | Kaishawn Samuell |
| **Subject:** | [Caution - External Email] Re: Can you please full the following items |
| **Date:** | Monday, April 3, 2023 10:27:27 AM |

Angela,

It appears I will be the one that comes and retrieves this evidence. That will not happen until tomorrow morning around 0900hrs.

Wood, make sure it is all labeled in such a way that it is readily identifiable to whom or from what the swabs are taken. The lab will be overwhelmed with swabs on this case and the moment they are confused no work will be performed.

Get Outlook for iOS

---

**From:** Angela Harris <AHarris@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 10:12:58 AM
**To:** Ashley Wood <AWood@Savannahga.Gov>; xSCMPD_Property_Room <xSCMPD_Property_Room@Savannahga.Gov>
**Cc:** Kaishawn Samuell <ksamuell@Savannahga.Gov>; Alan Sammons <asammons@chathamcounty.org>
**Subject:** RE: Can you please full the following items

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning. Just a heads up, Mondays are our busiest days from all the night drop on the weekend.
We will have it pulled by the end of the day.

Thank you.

---

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 10:05 AM
**To:** xSCMPD_Property_Room <xSCMPD_Property_Room@Savannahga.Gov>
**Cc:** Kaishawn Samuell <ksamuell@Savannahga.Gov>; Alan Sammons <asammons@chathamcounty.org>
**Subject:** Can you please full the following items

In reference to CRN 210502037

Antwane Snipe Buccal swab Tag#10100592 Item 1
Carlos Roundtree Buccal Swab Tag #10100592 Item 2
Marquis Parrish Buccal Swab Tag #10100592 Item 3
Swabs from holster (possibly Tag #10100787 Item 3)
All Swabs from pistols (three pistols collected in case/ Glock 32, SCC CPX-2, High point 9mm)
.45 caliber shell casings recovered in car (possibly Tag # 10101977 item 7)

SAV000019

Aaliyah Duncan buccal swabs (unknown tag and item #'s)
Javaris Roundtree Buccal swabs (Unknown tag and item #)
Swabs from Charles Vinson's cell phone (unknown tag and item #)

*Detective Corporal Ashley Wood*

*Savannah Police Department*

*ATF/TFO Savannah Field Office*

*Cell: 912-658-4803*

*Office: 912-651-6990 ext 1254*

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

**Warning**: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

**From:** Alan Sammons
**To:** Ashley Wood; Kaishawn Samuell
**Cc:** Richard Wiggins
**Subject:** [Caution - External Email] RE: Case updates needed
**Date:** Monday, April 3, 2023 9:55:47 AM

No, not today I don't.

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 9:39 AM
**To:** Kaishawn Samuell <ksamuell@Savannahga.Gov>; Alan Sammons <asammons@chathamcounty.org>
**Cc:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Subject:** RE: Case updates needed

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, on March 24th I was told to take the following items to the GBI so the firearms that have been collected in this case could be excluded from the projectile in the victim's body.

SCCY 9mm firearm.
Hi point firearm.
Glock that was found on Duncan's person when she was arrested.

The items being requested now have been added.

Sammons I can email the property room and have them pull the items you are requesting now. Are you able to go to the property room and collect the items and take them to the GBI?

*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

**From:** Kaishawn Samuell <ksamuell@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 8:54 AM
**To:** Ashley Wood <AWood@Savannahga.Gov>
**Cc:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Subject:** Case updates needed

CPL Wood,

Please review the following attachment and email regarding upcoming trials. Captain Gundich is aware and will provide assistance. Any questions call me.

Lt Wiggins,
After reviewing the evidence submission to GBI from 3/30/23 delivered by Det Wood, there are other items that needed to be delivered as well. They are listed below. Please let me know if we need to do anything to help facilitate the transfer of this evidence to GBI.

Antwane Snipe Buccal swab Tag#10100592 Item 1
Carlos Roundtree Buccal Swab Tag #10100592 Item 2
Marquis Parrish Buccal Swab Tag #10100592 Item 3
Swabs from holster (possibly Tag #10100787 Item 3)
All Swabs from pistols (three pistols collected in case/ Glock 32, SCC CPX-2, High point 9mm)
.45 caliber shell casings recovered in car (possibly Tag # 10101977 item 7)
Aaliyah Duncan buccal swabs (unknown tag and item #'s)
Javaris Roundtree Buccal swabs (Unknown tag and item #)
Swabs from Charles Vinson's cell phone (unknown tag and item #)

*SGT K. Samuell*
*Savannah Police department*
*Office of Professional Standards*
*(912) 691-6237*

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

Warning: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

**From:**      RWiggins@Savannahga.Gov
**To:**         ksamuell@Savannahga.Gov; AWood@Savannahga.Gov
**Subject:**  Fwd: [Caution - External Email] SPD crn 210502037
**Date:**     Monday, April 3, 2023 10:06:55 AM

Get Outlook for iOS

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, April 3, 2023 9:50 AM
**To:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Cc:** Alexander Tobar <ATobar@Savannahga.Gov>
**Subject:** RE: [Caution - External Email] SPD crn 210502037

Thanks. And now something else.
We a have a disc that has no data on it. It was in an envelope labeled 210502037 Interview from Det Aarons. Aarons had the missing person's case for Charles Vinson under CRN 210427011. We requested everything he had again and downloaded material from Evidence.com Aarons has nothing else to provide us. We are missing several things. That said, can someone check and see if Wood happens to have a copy of anything associated with Det Aarons' case under crn 210427011 (interviews, screen shots taken by Aaron's from victim family phone's, anything)? I don't care if we duplicate things at this point.

---

**From:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 8:26 AM
**To:** Alan Sammons <asammons@chathamcounty.org>
**Cc:** Alexander Tobar <ATobar@Savannahga.Gov>
**Subject:** Re: [Caution - External Email] SPD crn 210502037

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Got it. We'll get her in and get these items completed.

Get Outlook for iOS

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, April 3, 2023 7:55 AM
**To:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Subject:** [Caution - External Email] SPD crn 210502037

Lt Wiggins,
After reviewing the evidence submission to GBI from 3/30/23 delivered by Det Wood, there are other items that needed to be delivered as well. They are listed below. Please let me know if we need to do anything to help facilitate the transfer of this evidence to GBI.

Antwane Snipe Buccal swab Tag#10100592 Item 1
Carlos Roundtree Buccal Swab Tag #10100592 Item 2
Marquis Parrish Buccal Swab Tag #10100592 Item 3
Swabs from holster (possibly Tag #10100787 Item 3)
All Swabs from pistols (three pistols collected in case/ Glock 32, SCC CPX-2, High point 9mm)
.45 caliber shell casings recovered in car (possibly Tag # 10101977 item 7)
Aaliyah Duncan buccal swabs (unknown tag and item #'s)
Javaris Roundtree Buccal swabs (Unknown tag and item #)
Swabs from Charles Vinson's cell phone (unknown tag and item #)

**Investigator Alan Sammons**
**Major Case Supervisor**
**Eastern Judicial Circuit of Georgia**
**Chatham County District Attorney's Office**
**Office: 912-652-8062**
**Cell: 912-346-4618**
**Email:asammons@chathamcounty.org**

**Legal Notice:** The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient(s). The message may contain privileged communications and/or confidential information and as such is privileged and confidential in its entirety. If the reader of this message is not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

**Warning**: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

SAV000061

**From:**     Alan Sammons
**To:**       Fripp, Kristen; Ashley Wood; Brian DeBlasiis
**Cc:**       Butler, Ross
**Subject:**  RE: [Caution - External Email] Re: Request to Expedite
**Date:**     Tuesday, April 4, 2023 3:44:57 PM

Kristen,
Today I dropped off comparison samples for Carlos Roundtree and Marquis Parrish. Also, there is an elimination sample for Antwane Snipe. As well, swabs taken from a pistol once believed to be in the possession of the victim Charles Vinson and collected at a subsequent time and location from where Vinson's body was recovered were delivered.

---

**From:** Fripp, Kristen <Kristen.Fripp@gbi.ga.gov>
**Sent:** Tuesday, April 4, 2023 1:52 PM
**To:** Ashley Wood <AWood@Savannahga.Gov>; Brian DeBlasiis <bdeblasiis@chathamcounty.org>
**Cc:** Butler, Ross <Ross.Butler@gbi.ga.gov>; Alan Sammons <asammons@chathamcounty.org>
**Subject:** RE: [Caution - External Email] Re: Request to Expedite

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for the quick response.
Based on the information provided below, here is how we will proceed with testing.
The open DNA Typing service will be changed to a blood examination on our item #12. I will make that a priority with a 04.24.23 due date. If positive, a DNA Typing service will be added as a priority with a 05.23.23 due date.
We will not conduct any testing on the swabbings submitted under our item 13. Neither the currency or the holster meet our requirements for touch/contact DNA (see attached bulletin).
No services will be conducted on our item 14.

I have added the 4 individual listed below as subjects in our case (2021-6002888).

Kristen

---

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Tuesday, April 4, 2023 10:49 AM
**To:** B Deblasiis <bdeblasiis@chathamcounty.org>; Fripp, Kristen <Kristen.Fripp@gbi.ga.gov>
**Cc:** Butler, Ross <Ross.Butler@gbi.ga.gov>; Alan Sammons <asammons@chathamcounty.org>
**Subject:** RE: [Caution - External Email] Re: Request to Expedite

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Our item 12 described as "swabs from vehicle" on submission form. Packaging states "5PKTS swabs (blood)"
Questions: Where these swabbings collected from a vehicle? If so, how is this vehicle linked to the crime? The INR provided does not have any information about a vehicle. The service request is a

SAV000089

blood examination and if positive compare to the known collected from the victim during autopsy?

==Yes the swabs were collected from the vehicle, where we believed the shooting death of the victim occurred. The owner of the vehicle lived in Chatham county so the CCPD was called and they are the ones who did all the forensics testing on the vehicle. So yes the DNA swabs need to be compared to the victims during the autopsy.==

Our item 13 described as "swabs from vehicle" on submission form.  Packaging states "cotton tipped swabs (14)" and "control/coin on body 'heads'/coin on body 'tails'/coin on ground $.01/coin on ground $.05/coin on ground $.10/holster "
Questions:  What were these swabbings collected for?  What services are being requested?  How is this related to the crime?   Whose holster is this?  We do not conduct touch/contact DNA on currency/coins due to the large number of individuals handling them.

==The victim was robbed, and his pockets were turning inside out. The holster was still tucked in his waist band; however, his firearm was stolen. So yes to the touch DNA to the holster. The coins I understand.==

Our item 14 described as "swabs from search warrant" on submission form.  Packaging states "search warrant"  and "swabs"  What is this item?  What service is being requested?  If this is a known reference sample from someone, SPD will have to come back out and repackage.  We need known samples to have the name of the individual collected from on the packaging

==This one you can disregard; I was not aware that these were the swabs Blauth took from inside the residence. I thought they were something else. Because how they were labeled.==

One last question – who is the subject on this case?  No one is listed on the submission form but if this case is going to trial, clearly there is a subject.  Please send his/her/their name so it will appear on our official reports.

Carlos Roundtree
Javaris Roundtree
Aaliyah Duncan
Marquis Parrish

Finally,  given the large number of priority service the biology section is currently working, we will be unable to meet the 05.08.23 deadline as requested.  Please let me know if this case can be continued and the new trial date once you have it.

==This question will have to be answered by the DA's office.==

As for the questions above, the sooner we have the answers, the faster we can get analysis assigned and this evidence moving along in the testing process.

*Detective Corporal Ashley Wood*

*Savannah Police Department*

*ATF/TFO Savannah Field Office*

*Cell: 912-658-4803*

*Office: 912-651-6990 ext 1254*

---

**From:** Brian DeBlasiis <bdeblasiis@chathamcounty.org>
**Sent:** Tuesday, April 4, 2023 9:08 AM
**To:** Fripp, Kristen <Kristen.Fripp@gbi.ga.gov>
**Cc:** Butler, Ross <Ross.Butler@gbi.ga.gov>; Alan Sammons <asammons@chathamcounty.org>; Ashley Wood <AWood@Savannahga.Gov>
**Subject:** [Caution - External Email] Re: Request to Expedite

Alan,

Can you assist with this?

Kristen, I will get you the information on a trial date as soon as it's available.

Thank you for your help,

Brian

**Brian W. DeBlasiis**
***Assistant District Attorney***
**Major Crimes Prosecution and**
**Law Enforcement Liaison**
Eastern Judicial Circuit
133 Montgomery Street, Suite 600
Savannah, GA 31401
O: (912) 652-8020
M: (912) 429-6098
F: (912)-652-8009
E-Mail: bdeblasiis@chathamcounty.org
Web: www.chathamcountyda.com

---

**From:** Fripp, Kristen <Kristen.Fripp@gbi.ga.gov>
**Sent:** Tuesday, April 4, 2023 9:05:30 AM
**To:** Brian DeBlasiis <bdeblasiis@chathamcounty.org>
**Cc:** Butler, Ross <Ross.Butler@gbi.ga.gov>; AWood@Savannahga.Gov <AWood@Savannahga.Gov>
**Subject:** RE: Request to Expedite

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brian,

I have questions about the evidence that has been submitted for biological testing that must be answered before we can begin any analysis.

I have cc'd Det Wood on this email so he can assist in providing the answers to these questions. Submitted were the following:

Our item 12 described as "swabs from vehicle" on submission form. Packaging states "5PKTS swabs (blood)"
Questions: Where these swabbings collected from a vehicle? If so, how is this vehicle linked to the crime? The INR provided does not have any information about a vehicle. The service request is a blood examination and if positive compare to the known collected from the victim during autopsy?

Our item 13 described as "swabs from vehicle" on submission form. Packaging states "cotton tipped swabs (14)" and "control/coin on body 'heads'/coin on body 'tails'/coin on ground $.01/coin on ground $.05/coin on ground $.10/holster "
Questions: What were these swabbings collected for? What services are being requested? How is this related to the crime? Whose holster is this? We do not conduct touch/contact DNA on currency/coins due to the large number of individuals handling them.

Our item 14 described as "swabs from search warrant" on submission form. Packaging states "search warrant" and "swabs" What is this item? What service is being requested? If this is a known reference sample from someone, SPD will have to come back out and repackage. We need known samples to have the name of the individual collected from on the packaging

One last question – who is the subject on this case? No one is listed on the submission form but if this case is going to trial, clearly there is a subject. Please send his/her/their name so it will appear on our official reports.

Finally, given the large number of priority service the biology section is currently working, we will be unable to meet the 05.08.23 deadline as requested. Please let me know if this case can be continued and the new trial date once you have it.

As for the questions above, the sooner we have the answers, the faster we can get analysis assigned and this evidence moving along in the testing process.
Kristen

---

**From:** Brian DeBlasiis <bdeblasiis@chathamcounty.org>
**Sent:** Friday, March 31, 2023 10:09 AM
**To:** Butler, Ross <Ross.Butler@gbi.ga.gov>; Fripp, Kristen <Kristen.Fripp@gbi.ga.gov>
**Subject:** Request to Expedite

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you

recognize the sender and know the content is safe.

Good Morning,

The Savannah Police dropped off some evidence yesterday for DNA and Firearms testing. I've attached a copy of the submission forms. This is for a trial that is scheduled for May 8th. We realize there is no way this can be accomplished by then. We are seeking a continuance but would like to request that you expedite this testing within your current capacity to do so. Whatever you can do would be appreciated.

I apologize for this request. There were some issues with the law enforcement agency that delayed this testing until now. That combined with short staffing at our office caused this to slip through the cracks. I became aware of this recently and have been trying to work to fix the issue for the trial prosecutor.

Thank you for your consideration. And, again, I apologize for sending you a late request and asking for a rush on testing.

Brian

**Brian W. DeBlasiis**
*Assistant District Attorney*
**Major Crimes Prosecution and
Law Enforcement Liaison**
Eastern Judicial Circuit
133 Montgomery Street, Suite 600
Savannah, GA 31401
O: (912) 652-8020
M: (912) 429-6098
F: (912)-652-8009
E-Mail: bdeblasiis@chathamcounty.org
Web: www.chathamcountyda.com

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

**Warning**: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

CAUTION: This email has been sent from the government of Chatham County Georgia. Please

CONFIDENTIAL

disregard and delete this message if you are not the intended recipient.

SAV000094

**From:**       AWood@Savannahga.Gov
**To:**         asammons@chathamcounty.org
**Subject:**    Re: [Caution - External Email] SPD crn 210502037
**Date:**       Tuesday, April 4, 2023 9:56:23 AM

At the GBI in the parking lot

Detective Corporal Ashley Wood
Savannah Police Department
ATF/TFO Savannah Field Office
912-658-4803 (cell)
912-651-6990 ext 1254 (office)

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Tuesday, April 4, 2023 9:34:13 AM
**To:** Ashley Wood <AWood@Savannahga.Gov>
**Cc:** Richard Wiggins <RWiggins@Savannahga.Gov>; Kaishawn Samuell <ksamuell@Savannahga.Gov>
**Subject:** Re: [Caution - External Email] SPD crn 210502037

I am on my way to the lab with SOME of the items I requested. There are several items packaged in one large bag with others in the property room. That requires the package to be opened and if necessary contents repackaged etc.
I am not performing this task. Further there are a series of questions forwarded by GBI requesting explanation of previously submitted evidence and what testing is required. Wood has this email as well.  I will answer questions for the items I retrieved this morning but not the previously submitted evidence.

I will be at GBI by 1000hrs if you can provide the disc of Aaron's interviews.

Get Outlook for iOS

---

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 2:37:49 PM
**To:** Alan Sammons <asammons@chathamcounty.org>
**Cc:** Richard Wiggins <RWiggins@Savannahga.Gov>; Kaishawn Samuell <ksamuell@Savannahga.Gov>
**Subject:** Re: [Caution - External Email] SPD crn 210502037

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Copy that.

Detective Corporal Ashley Wood
Savannah Police Department
ATF/TFO Savannah Field Office
912-658-4803 (cell)
912-651-6990 ext 1254 (office)

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, April 3, 2023 2:36 PM

**To:** Ashley Wood <AWood@Savannahga.Gov>
**Cc:** Richard Wiggins <RWiggins@Savannahga.Gov>; Kaishawn Samuell
<ksamuell@Savannahga.Gov>
**Subject:** Re: [Caution - External Email] SPD crn 210502037

I will email with about 30 minutes heads up when I am on my way to GBI

Get Outlook for iOS

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 12:53:12 PM
**To:** Alan Sammons <asammons@chathamcounty.org>
**Cc:** Richard Wiggins <RWiggins@Savannahga.Gov>; Kaishawn Samuell <ksamuell@Savannahga.Gov>
**Subject:** Re: [Caution - External Email] SPD crn 210502037

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

If you are going to the GBI tomorrow, that is down the road from my house. I can meet you there if you'd like so I can give you the disc.

Detective Corporal Ashley Wood
Savannah Police Department
ATF/TFO Savannah Field Office
912-658-4803 (cell)
912-651-6990 ext 1254 (office)

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, April 3, 2023 12:51:29 PM
**To:** Ashley Wood <AWood@Savannahga.Gov>
**Cc:** Richard Wiggins <RWiggins@Savannahga.Gov>; Kaishawn Samuell <ksamuell@Savannahga.Gov>
**Subject:** RE: [Caution - External Email] SPD crn 210502037

I am not free this afternoon. Tell me where I can pick it up tomorrow.

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 12:21 PM
**To:** Alan Sammons <asammons@chathamcounty.org>
**Subject:** Re: [Caution - External Email] SPD crn 210502037

CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Disc

Detective Corporal Ashley Wood
Savannah Police Department
ATF/TFO Savannah Field Office

912-658-4803 (cell)
912-651-6990 ext 1254 (office)

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, April 3, 2023 12:19:14 PM
**To:** Ashley Wood <AWood@Savannahga.Gov>; Richard Wiggins <RWiggins@Savannahga.Gov>
**Cc:** Kaishawn Samuell <ksamuell@Savannahga.Gov>
**Subject:** Re: [Caution - External Email] SPD crn 210502037

What is the best way to retrieve? Disc? One drive? Etc…

Get Outlook for iOS

---

**From:** Ashley Wood <AWood@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 11:50:12 AM
**To:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Cc:** Kaishawn Samuell <ksamuell@Savannahga.Gov>; Alan Sammons
<asammons@chathamcounty.org>
**Subject:** RE: [Caution - External Email] SPD crn 210502037

> CAUTION: This email originated from outside of Chatham County. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

I have a copy of Aarons interviews.

*Detective Corporal Ashley Wood*
*Savannah Police Department*
*ATF/TFO Savannah Field Office*
*Cell: 912-658-4803*
*Office: 912-651-6990 ext 1254*

---

**From:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 10:07 AM
**To:** Kaishawn Samuell <ksamuell@Savannahga.Gov>; Ashley Wood <AWood@Savannahga.Gov>
**Subject:** Fwd: [Caution - External Email] SPD crn 210502037

Get Outlook for iOS

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, April 3, 2023 9:50 AM
**To:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Cc:** Alexander Tobar <ATobar@Savannahga.Gov>
**Subject:** RE: [Caution - External Email] SPD crn 210502037

Thanks. And now something else.

We a have a disc that has no data on it. It was in an envelope labeled 210502037 Interview from Det Aarons. Aarons had the missing person's case for Charles Vinson under CRN 210427011. We requested everything he had again and downloaded material from Evidence.com Aarons has nothing else to provide us. We are missing several things. That said, can someone check and see if Wood happens to have a copy of anything associated with Det Aarons' case under crn 210427011 (interviews, screen shots taken by Aaron's from victim family phone's, anything)? I don't care if we duplicate things at this point.

---

**From:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Sent:** Monday, April 3, 2023 8:26 AM
**To:** Alan Sammons <asammons@chathamcounty.org>
**Cc:** Alexander Tobar <ATobar@Savannahga.Gov>
**Subject:** Re: [Caution - External Email] SPD crn 210502037

> CAUTION: This email originated from outside of Chatham County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Got it. We'll get her in and get these items completed.

Get Outlook for iOS

---

**From:** Alan Sammons <asammons@chathamcounty.org>
**Sent:** Monday, April 3, 2023 7:55 AM
**To:** Richard Wiggins <RWiggins@Savannahga.Gov>
**Subject:** [Caution - External Email] SPD crn 210502037

Lt Wiggins,

After reviewing the evidence submission to GBI from 3/30/23 delivered by Det Wood, there are other items that needed to be delivered as well. They are listed below. Please let me know if we need to do anything to help facilitate the transfer of this evidence to GBI.

Antwane Snipe Buccal swab Tag#10100592 Item 1
Carlos Roundtree Buccal Swab Tag #10100592 Item 2
Marquis Parrish Buccal Swab Tag #10100592 Item 3
Swabs from holster (possibly Tag #10100787 Item 3)
All Swabs from pistols (three pistols collected in case/ Glock 32, SCC CPX-2, High point 9mm)
.45 caliber shell casings recovered in car (possibly Tag # 10101977 item 7)
Aaliyah Duncan buccal swabs (unknown tag and item #'s)
Javaris Roundtree Buccal swabs (Unknown tag and item #)
Swabs from Charles Vinson's cell phone (unknown tag and item #)

**Investigator Alan Sammons**

**Major Case Supervisor**
**Eastern Judicial Circuit of Georgia**
**Chatham County District Attorney's Office**
**Office: 912-652-8062**
**Cell: 912-346-4618**
**Email:asammons@chathamcounty.org**

**Legal Notice:** The information contained in this e-mail message is intended only for the personal and confidential use of the intended recipient(s). The message may contain privileged communications and/or confidential information and as such is privileged and confidential in its entirety. If the reader of this message is not the intended recipient or an agent responsible for delivery of it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

**Warning**: This email originated outside the City of Savannah. Do not open attachments, reply to, or click links unless you are certain you recognize the sender's **name, telephone number, and email address**. Please use the Phish Alert Button to report suspicious email to ITSSecurity@Savannahga.Gov

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.

CAUTION: This email has been sent from the government of Chatham County Georgia. Please disregard and delete this message if you are not the intended recipient.