# EXHIBIT 10

# U.S. District Court
## Southern District of Georgia (Savannah)
### CIVIL DOCKET FOR CASE #: 4:18-cv-00176-RSB-BKE

| | |
|---|---|
| Cannon v. Robinson et al | Date Filed: 07/24/2018 |
| Assigned to: Chief District Judge R. Stan Baker | Date Terminated: 03/11/2020 |
| Referred to: Magistrate Judge Brian K. Epps | Jury Demand: Both |
| Demand: $100,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Trevor Chase Cannon**
*TERMINATED: 03/11/2020*

represented by **C. Dorian Britt**
Karsman, McKenzie & Hart
21 W. Park Avenue
Savannah, GA 31401
912-335-4977
Fax: 912-388-2503
Email: dorian@kmtrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy S. McKenzie**
Karsman, McKenzie & Hart
21 W. Park Avenue
Savannah, GA 31401
912-335-4977
Fax: 912-351-0085
Email: jeremy@kmtrial.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert J Robinson**
*in his individual capacity and in his official capacity as an employee of the Savannah Police Department*
*TERMINATED: 03/11/2020*

represented by **David William Bobo Mullens , III**
Oliver Maner LLP
218 West State Street
Savannah, GA 31401
912-257-0296
Fax: 912-236-8725
Email: dbmullens@olivermaner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. O'Connor**
Oliver Maner, LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412-0386
912-236-3311

Fax: 912-236-8725
Email: pto@olivermaner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Mayor and Alderman for the City of Savannah**
*TERMINATED: 03/11/2020*

represented by **Anthony Robert Casella**
Weiner, Shearouse, Weitz, Greenberg & Shawe, LLP
14 East State Street
P.O. Box 10105
Savannah, GA 31412-5464
912-233-2251
Fax: 912-235-5464
Email: rcasella@wswgs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helen Bacon Hester**
Weiner, Shearouse, Weitz, Greenberg & Shawe, LLP
14 East State Street
P.O. Box 10105
Savannah, GA 31412-5464
912-233-2251
Email: hhester@wswgs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer N. Herman**
City of Savannah
P.O. Box 1027
Savannah, GA 31402
912-525-3092
Fax: 912-525-3267
Email: jherman@savannahga.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malcolm Mackenzie , III**
Weiner, Shearouse, Weitz, Greenberg & Shawe, LLP
14 East State Street
P.O. Box 10105
Savannah, GA 31412-5464
912-233-2251
Fax: 912-235-5464
Email: mmackenzie@wswgs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bates Lovett**
Pierson Ferdinand LLP
237 Commodore

Savannah, GA 31410  
912-335-4467  
Email: blovett@savannahga.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**W. Brooks Stillwell , III**  
Office of the City Attorney  
PO Box 1027  
Savannah, GA 31402  
912-525-3092  
Fax: 912-525-3267  
Email: bstillwell@savannahga.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/24/2018 | 1 | COMPLAINT against All Defendants, filed by Trevor Chase Cannon. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(trb) (Additional attachment(s) added on 7/24/2018: # 5 Motion for Nolle Prosequi) (jrb). (Entered: 07/24/2018) |
| 07/24/2018 | 2 | GENERAL ORDER: Report of Rule 26(f) planning meeting. Signed by Magistrate Judge G. R. Smith on 7/24/18. (Attachments: # 1 Litigants' Bill of Rights) (trb) (Entered: 07/24/2018) |
| 07/24/2018 |  | Filing fee: $ 400.00, receipt number 113J-24160. (trb) (Entered: 07/24/2018) |
| 07/24/2018 | 3 | Summons Issued as to Robert J Robinson, The Mayor and Alderman for the City of Savannah. (trb) (Entered: 07/24/2018) |
| 07/31/2018 | 4 | SUMMONS Returned Executed by Trevor Chase Cannon. Robert J Robinson served on 7/25/2018, answer due 8/15/2018. (Britt, C.) (Entered: 07/31/2018) |
| 07/31/2018 | 5 | SUMMONS Returned Executed by Trevor Chase Cannon. The Mayor and Alderman for the City of Savannah served on 7/26/2018, answer due 8/16/2018. (Britt, C.) (Entered: 07/31/2018) |
| 08/13/2018 | 6 | ANSWER to Complaint by The Mayor and Alderman for the City of Savannah.(Casella, Anthony) (Entered: 08/13/2018) |
| 08/13/2018 | 7 | Litigants' Bill of Rights by The Mayor and Alderman for the City of Savannah. (Casella, Anthony) (Entered: 08/13/2018) |
| 08/13/2018 | 8 | Disclosure Statement pursuant to Local Rule 7.1.1 by The Mayor and Alderman for the City of Savannah. (Casella, Anthony) (Entered: 08/13/2018) |
| 08/14/2018 | 9 | MOTION to Dismiss *Plaintiff's Complaint* by Robert J Robinson. Responses due by 8/28/2018. (Attachments: # 1 Briefs Brief in Support of Motion to Dismiss)(O'Connor, Patrick) (Entered: 08/14/2018) |
| 08/15/2018 | 10 | Litigants' Bill of Rights by Robert J Robinson. (Mullens, David) (Entered: 08/15/2018) |
| 08/17/2018 | 11 | MOTION Stay Discovery and Rule 26 Proceedings by Robert J Robinson. Responses due by 8/31/2018. (Attachments: # 1 Text of Proposed Order Proposed Order)(Mullens, David) (Entered: 08/17/2018) |

| 08/17/2018 | | MOTIONS REFERRED: 11 MOTION Stay Discovery and Rule 26 Proceedings . (trb) (Entered: 08/17/2018) |
|---|---|---|
| 08/20/2018 | 12 | Litigants' Bill of Rights by Trevor Chase Cannon. (Britt, C.) (Entered: 08/20/2018) |
| 08/28/2018 | 13 | RESPONSE to Motion re 9 MOTION to Dismiss *Plaintiff's Complaint* filed by Trevor Chase Cannon. (Britt, C.) (Entered: 08/28/2018) |
| 08/28/2018 | 14 | NOTICE of Intent *to file Reply Brief* by Robert J Robinson re 13 Response to Motion. (Mullens, David) (Entered: 08/28/2018) |
| 08/31/2018 | 15 | RESPONSE to Motion re 11 MOTION Stay Discovery and Rule 26 Proceedings filed by Trevor Chase Cannon. (Britt, C.) (Entered: 08/31/2018) |
| 09/10/2018 | 16 | REPLY to Response to Motion re 9 MOTION to Dismiss *Plaintiff's Complaint* filed by Robert J Robinson. (Mullens, David) (Entered: 09/10/2018) |
| 09/27/2018 | 17 | REPORT of Rule 26(f) Planning Meeting. (Mullens, David) (Entered: 09/27/2018) |
| 10/01/2018 | 19 | NOTICE of Filing restriction regarding discovery related material re 18 Disclosure Statement Local Rule 7.1.1. (trb) (Entered: 10/01/2018) |
| 10/04/2018 | | Case Reassigned to Magistrate Judge James E. Graham. Magistrate Judge G. R. Smith no longer assigned to the case. (loh) (Entered: 10/04/2018) |
| 10/15/2018 | | Judge District Judge R. Stan Baker added. Judge Judge William T. Moore, Jr. no longer assigned to case. (jlh) (Entered: 10/15/2018) |
| 10/15/2018 | 20 | ORDER reassigning case for plenary disposition to the Honorable R. Stan Baker. Signed by Chief Judge J. Randal Hall on 10/15/2018. (Attachments: # 1 Exhibit A) (jlh) (Entered: 10/15/2018) |
| 10/17/2018 | 21 | ORDER denying 11 Motion Stay Discovery and Rule 26 Proceedings. Signed by Magistrate Judge James E. Graham on 10/17/18. (trb) (Entered: 10/17/2018) |
| 01/15/2019 | 22 | ORDER that the parties meet and confer to agree upon a proposed scheduling within 10 days of service of this Order. Their joint proposed Order shall be filed within 21 days of service of this Order.(Compliance due by 2/5/2019.) Signed by Magistrate Judge James E. Graham on 1/15/19. (jrb) (Entered: 01/15/2019) |
| 02/04/2019 | 23 | REPORT of Rule 26(f) Planning Meeting. (Britt, C.) (Entered: 02/04/2019) |
| 02/05/2019 | 24 | SCHEDULING ORDER: Discovery due by 3/1/2019. Motions due by 8/1/2019. Expert Witness Report (Plaintiff) due by 4/1/2019. Expert Witness Report (defendant) due by 5/1/2019. Status Report due by 7/15/2019. Signed by Magistrate Judge James E. Graham on 2/5/19. (trb) (Entered: 02/05/2019) |
| 03/11/2019 | 25 | ORDER denying 9 Motion to Dismiss. Signed by District Judge R. Stan Baker on 3/11/19. (trb) (Entered: 03/11/2019) |
| 03/25/2019 | 26 | ANSWER to Complaint by Robert J Robinson.(O'Connor, Patrick) (Entered: 03/25/2019) |
| 05/09/2019 | 27 | MOTION for Leave of Absence as to The Mayor and Alderman for the City of Savannah for dates of : June 10, 2019 through June 14, 2019 by The Mayor and Alderman for the City of Savannah. Responses due by 5/23/2019. (Attachments: # 1 Text of Proposed Order Order)(Mackenzie, Malcolm) (Entered: 05/09/2019) |
| 05/10/2019 | | MOTIONS REFERRED: 27 MOTION for Leave of Absence as to The Mayor and Alderman for the City of Savannah for dates of : June 10, 2019 through June 14, 2019. (trb) (Entered: 05/10/2019) |

| 05/14/2019 | 28 | ORDER granting 27 Motion for Leave of Absence for Attorney Malcolm Mackenzie, III for the dates of June 10, 2019 through June 14, 2019. Signed by Magistrate Judge Christopher L. Ray on 5/14/19. (jrb) (Entered: 05/14/2019) |
|---|---|---|
| 07/02/2019 | 29 | MOTION for Leave to File Excess Pages by The Mayor and Alderman for the City of Savannah. Responses due by 7/16/2019. (Attachments: # 1 Text of Proposed Order)(Casella, Anthony) (Entered: 07/02/2019) |
| 07/03/2019 | | MOTIONS REFERRED: 29 MOTION for Leave to File Excess Pages. (evk) (Entered: 07/03/2019) |
| 07/12/2019 | 30 | MOTION for Leave to File Excess Pages by Robert J Robinson. Responses due by 7/26/2019. (Attachments: # 1 Text of Proposed Order)(Mullens, David) (Entered: 07/12/2019) |
| 07/15/2019 | | MOTIONS REFERRED: 30 MOTION for Leave to File Excess Pages. (loh) (Entered: 07/15/2019) |
| 07/15/2019 | 31 | STATUS REPORT by The Mayor and Alderman for the City of Savannah. (Casella, Anthony) (Entered: 07/15/2019) |
| 07/17/2019 | 32 | ORDER granting 29 Motion for Leave to File Excess Pages as to The Mayor and Alderman for the City of Savannah. Signed by Magistrate Judge James E. Graham on 07/17/2019. (evk) (Entered: 07/17/2019) |
| 07/17/2019 | 33 | ORDER granting 30 Motion for Leave to File Excess Pages as to Robert J Robinson. Signed by Magistrate Judge James E. Graham on 07/17/2019. (evk) (Entered: 07/17/2019) |
| 08/01/2019 | 34 | MOTION for Summary Judgment by The Mayor and Alderman for the City of Savannah. Responses due by 8/22/2019. (Attachments: # 1 Statement of Material Fact, # 2 Brief in support of MSJ, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11)(Casella, Anthony) (Entered: 08/01/2019) |
| 08/01/2019 | 35 | NOTICE issued re: 34 MOTION for Summary Judgment by The Mayor and Alderman for the City of Savannah. Responses due by 8/22/2019. (loh) (Entered: 08/01/2019) |
| 08/01/2019 | 36 | MOTION for Summary Judgment by Robert J Robinson. Responses due by 8/22/2019. (Attachments: # 1 Stmt of Material Fact Det Robinson 56.1 Stmnt, # 2 Briefs Det Robinson MSJ Brief, # 3 Exhibit A, Cannon Deposition, # 4 Exhibit B, Report(s), # 5 Exhibit C, Cannon Deposition in Barnes Case, # 6 Exhibit D, Photograph of Roadway, # 7 Exhibit E, Fandrich Deposition, # 8 Exhibit F, McCoy Deposition, # 9 Exhibit G, Robinson Deposition, # 10 Exhibit H, Robinson Suppl Report, # 11 Exhibit I, Hoffman Deposition, # 12 Exhibit J, Shook Deposition, # 13 Exhibit K, Robinson Affidavit, # 14 Exhibit L, Transcript Hearing for New Trial, # 15 Exhibit M, Transcript of Trial Proceedings, # 16 Exhibit N, Parker Deposition, # 17 Exhibit O, Notice of Appeal, # 18 Exhibit P, Trial Transcript Barnes Case)(Mullens, David) (Entered: 08/01/2019) |
| 08/01/2019 | 37 | NOTICE issued re: 36 MOTION for Summary Judgment by Robert J Robinson. Responses due by 8/22/2019. (wwp) (Entered: 08/01/2019) |
| 08/02/2019 | 38 | Consent MOTION for Extension of Time to File Response/Reply as to 34 MOTION for Summary Judgment , 36 MOTION for Summary Judgment by Trevor Chase Cannon. Responses due by 8/16/2019. (Attachments: # 1 Text of Proposed Order)(Britt, C.) (Entered: 08/02/2019) |

| | | |
|---|---|---|
| 08/05/2019 | 39 | CLERK'S ORDER granting re 38 Motion for Extension of Time to File Response as to 34 MOTION for Summary Judgment, 36 MOTION for Summary Judgment. Responses due by 9/5/2019. (loh) (Entered: 08/05/2019) |
| 08/06/2019 | 40 | NOTICE by Robert J Robinson *of Request for Filing of Original Discovery* (Mullens, David) (Entered: 08/06/2019) |
| 08/14/2019 | 41 | STIPULATION re 24 Scheduling Order, Joint Stipulation and Consent Order, by The Mayor and Alderman for the City of Savannah. (Casella, Anthony) (Entered: 08/14/2019) |
| 08/20/2019 | 42 | MOTION for Leave to File Excess Pages by Trevor Chase Cannon. Responses due by 9/3/2019. (Attachments: # 1 Text of Proposed Order)(Britt, C.) (Entered: 08/20/2019) |
| 08/20/2019 | | MOTIONS REFERRED: 42 MOTION for Leave to File Excess Pages. (loh) (Entered: 08/20/2019) |
| 08/21/2019 | 43 | ORDER granting 42 Motion for Leave to File Excess Pages. Signed by Magistrate Judge James E. Graham on 08/21/2019. (evk) (Entered: 08/21/2019) |
| 08/23/2019 | 44 | ORDER construing the 41 Stipulation as a Motion for Court Approval of Stipulation. The Court grants plaintiff's request and approves the stipulation. The parties shall have 45 days from the date of this Order to depose Mr. Naugle. Signed by Magistrate Judge James E. Graham on 08/23/2019. (jlh) (Entered: 08/23/2019) |
| 08/23/2019 | | Set/Reset Deadlines: Compliance re 44 Order due by 10/7/2017. (jlh) (Entered: 08/23/2019) |
| 09/02/2019 | 45 | MOTION for Extension of Time to File Response/Reply as to 34 MOTION for Summary Judgment , 36 MOTION for Summary Judgment by Trevor Chase Cannon. Responses due by 9/16/2019. (Attachments: # 1 Text of Proposed Order)(Britt, C.) (Entered: 09/02/2019) |
| 09/09/2019 | 46 | RESPONSE to Motion re 36 MOTION for Summary Judgment filed by Trevor Chase Cannon. (Attachments: # 1 Stmt of Material Fact)(Britt, C.) (Entered: 09/09/2019) |
| 09/09/2019 | 47 | RESPONSE to Motion re 34 MOTION for Summary Judgment filed by Trevor Chase Cannon. (Attachments: # 1 Stmt of Material Fact, # 2 Appendix Exhibit Index, # 3 Exhibit A - T Cannon Depo, # 4 Exhibit AA - Beddow Depo, # 5 Exhibit B - Criminal Trial Trans, # 6 Exhibit BB - Edenfield Depo - Vol 1, # 7 Exhibit C - Fandrich 12-4-18 Depo, # 8 Exhibit CC - Fandrich Email, # 9 Exhibit D - Fandrich Field Notes, # 10 Exhibit DD - Gavin Depo, # 11 Errata E - Accident Report, # 12 Exhibit EE - OPS-010, # 13 Exhibit F - McCoy 12-4-18 Depo, # 14 Exhibit FF - Edenfield Depo - Vol 2, # 15 Exhibit G - Robinson Depo, # 16 Exhibit GG - Khaalis Transcript, # 17 Exhibit H - Robinson Supp Report, # 18 Exhibit I - Shadle Video Link, # 19 Exhibit J - Hoffman Depo, # 20 Exhibit K - SPD Internal Memo, # 21 Exhibit L - McCoy 6-9-16 Depo, # 22 Exhibit M - Shadle 3-14-16 Depo, # 23 Exhibit N - 7-24-14 MTC, # 24 Exhibit O - 10-24-14 MTC, # 25 Exhibit P - State's Resp to MTC, # 26 Exhibit O - 10-24-14 MTC, # 27 Exhibit R - Fandrich 6-9-16 Depo, # 28 Exhibit S - Shook Depo, # 29 Exhibit T - Amended Mtn for New Trial, # 30 Exhibit U - Order Granting Def Mtn for New Trial, # 31 Exhibit V - Robichaux Memo, # 32 Exhibit W - Robichaux Depo, # 33 Exhibit X - Nolle Prosequi Motion, # 34 Exhibit Y - Naugle Report, # 35 Exhibit Z - Parker Depo)(Britt, C.) (Entered: 09/09/2019) |
| 09/10/2019 | 48 | NOTICE of Intent to File Reply Brief re 47 Response to Motion by The Mayor and Alderman for the City of Savannah. (Casella, Anthony) (Entered: 09/10/2019) |
| 09/12/2019 | 49 | RESPONSE to Motion re 36 MOTION for Summary Judgment (Supplemental Response) filed by Trevor Chase Cannon. (Attachments: # 1 Appendix Exhibits Index, # 2 Exhibit A - T. Cannon Depo, # 3 Exhibit B - Criminal Trial Transcript, # 4 Exhibit C - Fandrich 12/4/18 Depo, # 5 Exhibit D - Fandrich Field Notes, # 6 Exhibit E - Accident Report, # 7 |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Exhibit F - McCoy 12-4-18 Depo, # 8 Exhibit G - Robinson Depo, # 9 Exhibit H - Robinson Supplemental Accident Report, # 10 Exhibit I - Thomas Shadle Interview Video, # 11 Exhibit J - D. Hoffman Deposition, # 12 Exhibit K - SPD Internal Memorandum, # 13 Exhibit L - L. McCoy 6/19/16 Deposition, # 14 Exhibit M - Thomas Shadle 3/14/16 Deposition, # 15 Exhibit N - Motion to Compel (7/24/14), # 16 Exhibit O - Motion to Compel (10/24/14), # 17 Exhibit P - States Response to Motion to Compel, # 18 Exhibit Q - Order on Motion to Compel, # 19 Exhibit R - S. Fandrich 6/9/16 Deposition, # 20 Exhibit S - T. Shook 12/4/18 Deposition, # 21 Exhibit T - Amended Motion for New Trial, # 22 Exhibit U -Order on Motion for New Trial, # 23 Exhibit V -S. Robichaux Memorandum, # 24 Exhibit W-S. Robichaux Deposition, # 25 Exhibit X -Motion and Order for Nolle Prosequi, # 26 Exhibit Y -Expert Report of Eric Naugle, # 27 Exhibit Z -J. Parker Deposition, # 28 Exhibit AA -B. Beddow Deposition, # 29 Exhibit BB - T. Wooldridge Video, # 30 Exhibit CC - S. Fandrich 9/4/14 E-mail, # 31 Exhibit DD - R. Gavin Depo., # 32 Exhibit EE - I. Williams Video, # 33 Exhibit FF - Robinson Facebook Video, # 34 Exhibit GG - Robinson Facebook Post, # 35 Exhibit HH - VIEVU Repair Estimate, # 36 Stmt of Material Fact Statement of Material Fact (from Docket 47))(McKenzie, Jeremy) Modified on 9/13/2019 (loh). (Entered: 09/12/2019) |
| 09/13/2019 | 50 | Consent MOTION for Extension of Time to October 3, 2019 to File Reply as to 47 RESPONSE re 34 MOTION for Summary Judgment, by The Mayor and Alderman for the City of Savannah. Responses due by 9/27/2019. (Attachments: # 1 Text of Proposed Order Proposed Order)(Casella, Anthony) Modified on 9/13/2019 (loh). (Entered: 09/13/2019) |
| 09/13/2019 |    | MOTIONS REFERRED: 50 Consent MOTION for Extension of Time to October 3, 2019 to File Reply as to re 47 RESPONSE.(loh) (Entered: 09/13/2019) |
| 09/16/2019 | 51 | NOTICE of Intent to file Reply Brief re 49 Response to Motion by Robert J Robinson. (Mullens, David) (Entered: 09/16/2019) |
| 09/16/2019 | 52 | CLERK'S ORDER granting re 50 Motion for Extension of Time to October 3, 2019 to File Reply as to 47 RESPONSE to MOTION for Summary Judgment (loh) (Entered: 09/16/2019) |
| 09/16/2019 |    | Set/Reset Deadlines: Reply to 47 Response re 34 MOTION for Summary Judgment due by 10/3/2019. (loh) (Entered: 09/16/2019) |
| 09/17/2019 | 53 | MOTION for Extension of Time to File Response/Reply as to 46 Response to Motion *for Summary Judgment* by Robert J Robinson. Responses due by 10/1/2019. (Attachments: # 1 Text of Proposed Order Text of Proposed Order Granting Consent Motion for Reply to Plaintiffs Response Brief)(Mullens, David) (Entered: 09/17/2019) |
| 09/18/2019 | 54 | ORDER granting 53 Motion for Extension of Time to File Response/Reply re 36 MOTION for Summary Judgment. Replies due by 10/7/2019. Signed by Deputy Clerk on 09/18/2019. (evk) (Additional attachment(s) added on 9/18/2019: # 1 Corrected PDF) (evk). (Entered: 09/18/2019) |
| 10/03/2019 | 55 | REPLY to Response to Motion re 34 MOTION for Summary Judgment filed by The Mayor and Alderman for the City of Savannah. (Casella, Anthony) (Entered: 10/03/2019) |
| 10/07/2019 | 56 | REPLY to Response to Motion re 36 MOTION for Summary Judgment filed by Robert J Robinson. (Mullens, David) (Entered: 10/07/2019) |
| 10/11/2019 | 57 | NOTICE of Intent *to File Sur-Reply Briefs* by Trevor Chase Cannon re 56 Reply to Response to Motion, 55 Reply to Response to Motion. (Britt, C.) (Entered: 10/11/2019) |
| 10/17/2019 | 58 | Supplemental RESPONSE to Motion re 34 MOTION for Summary Judgment, filed by Trevor Chase Cannon. (Attachments: # 1 Exhibit)(Britt, C.) (Entered: 10/17/2019) |

| | | |
|---|---|---|
| 10/23/2019 | 59 | ORDER REASSIGNING CASE per order in Miscellaneous Case 4:19mc-010 . Case reassigned to Magistrate Judge Brian K. Epps for all further proceedings. Magistrate Judge James E. Graham no longer assigned to case. Signed by Chief Judge J. Randal Hall on 10/22/19. (loh) (Entered: 10/23/2019) |
| 11/06/2019 | 60 | ORDER re 45 Motion for Extension of Time to File Response/Reply re 34 MOTION for Summary Judgment and 36 MOTION for Summary Judgment. The Court grants Plaintiff's motion and nunc pro tunc extends Plaintiff's deadline through and including September 13, 2019 and accepts as timely Plaintiff's responses to Defendants' motions for summary judgment. Responses due by 9/13/2019. Signed by Magistrate Judge Brian K. Epps on 11/06/2019. (thb) (Entered: 11/06/2019) |
| 02/03/2020 | | NOTICE of Hearing: Telephonic Status Conference set for 2/6/2020 10:00 AM in RSB Chambers before District Judge R. Stan Baker. (*Dialing instructions for call provided to counsel via email. pmh) (Entered: 02/03/2020) |
| 02/06/2020 | 61 | Text Minute Entry for proceedings held before District Judge R. Stan Baker: Telephonic Status Conference held on 2/6/2020. Case and all deadlines stayed pending court-assisted mediation. (Tape # RSB-CHMB.) (pmh) (Entered: 02/06/2020) |
| 02/06/2020 | | ORAL ORDER referring this matter to the United States Magistrate Judge for a Settlement Conference. To facilitate this process, the Court hereby STAYS this case and all deadlines until further Order of the Court. Entered by District Judge R. Stan Baker on February 6, 2020. (pmh) (Entered: 02/06/2020) |
| 02/14/2020 | 62 | ORDER Setting Mediation for Monday, March 2, 2020, at 9:00 a.m. Confidential Mediation statements due by 5:00 p.m., on February 25, 2020. Signed by Magistrate Judge Brian K. Epps on 02/14/2020. (thb) (Entered: 02/14/2020) |
| 02/21/2020 | | Set/Reset Hearings: Mediation set for 3/2/2020 09:00 AM before Magistrate Judge Brian K. Epps in the United States District Courthouse, 125 Bull Street, Savannah, GA 31401. (thb) (Entered: 02/21/2020) |
| 03/02/2020 | 63 | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Mediation held on 3/2/2020. Case settled. Final settlement subject to approval by City Council of Savannah. Settlement contingent upon agreement with third party judgment creditor of Trevor Cannon. (cjc) (Entered: 03/04/2020) |
| 03/11/2020 | 64 | ORDERED that the Clerk is directed to ADMINISTRATIVELY CLOSE this action. Within sixty (60) days of the date of this order, the parties may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the parties settlement, so the Court may retain jurisdiction to enforce the agreement. If the parties fail to file a dismissal judgment as described above, the Court will dismiss the case with prejudice. Signed by District Judge R. Stan Baker on 3/11/2020. (loh) (Entered: 03/11/2020) |
| 03/11/2020 | | Set/Reset Deadlines: Compliance re 64 Order due by 5/10/2020. (loh) (Entered: 03/11/2020) |
| 03/11/2020 | | Set/Reset Deadlines: Compliance re 64 Order due by 5/10/2020. (loh) (Entered: 03/11/2020) |
| 04/08/2020 | 65 | STIPULATION *of Dismissal with Prejudice* by Trevor Chase Cannon. (McKenzie, Jeremy) (Entered: 04/08/2020) |
| 04/24/2020 | 66 | ORDER dismissing the case with prejudice re 65 Stipulation filed by Trevor Chase Cannon. The Clerk of Court is directed to close the case. Signed by District Judge R. Stan Baker on 4/24/20. (wwp) (Entered: 04/24/2020) |